**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


_____

EDWARD R. ELLIES,           )
     Plaintiff            )
                       )
       v.             )
                       )      Civil Action No. 04-12510-MEL
COUNTY OF SUFFOLK,      )
     Defendant       )
_____)


## ASSENTED TO MOTION TO ENLARGE TIME FOR FILING ANSWER OR RESPONSIVE PLEADING

Now comes the Defendant in the above-entitled action and respectfully requests that this Honorable Court enlarge the time to answer or otherwise respond to the Plaintiff's complaint from January 14, 2005 to February 7, 2005.  As reasons therefore, Counsel for the Defendant states that she was on vacation when the Plaintiff's complaint was served on December 27, 2004 and did not return until January 3, 2005.  Due to the issues raised in the complaint and Defendant Counsel's current caseload, additional time is required to prepare the Defendant's response.  Counsel for the Plaintiff, Robert H. Tobin, Jr., Esquire, assents to this request.


                        Respectfully submitted,
                        Suffolk County
                        By its Attorney,


                        /s/ Ellen M. Caulo_____
                        Ellen M. Caulo
                        BBO #545250
                        Deputy General Counsel
                        Suffolk County Sheriff's Department
                        200 Nashua Street
                        Boston, MA 02114
                        (617) 989-6681

Assented to:


/s/ Robert H. Tobin, Jr._____
Robert H. Tobin, Jr., Esquire


Date:   January 3, 2005


**CERTIFICATE OF SERVICE**

       I hereby certify that on this 3rd day of January 2005 I provided a true copy of the foregoing on counsel for the Plaintiff, Robert H. Tobin, Jr., Esq., by first class mail postage prepaid on January 3, 2005.

                            /s/ Ellen M. Caulo_____
                            Ellen M. Caulo