AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN      District of    MASSACHUSETTS

EDWARD R. ELLIES

V.

COUNTY OF SUFFOLK

SUMMONS IN A CIVIL ACTION

04 12510 MEL

CASE NUMBER:

TO: (Name and address of Defendant)

County of Suffolk
200 Nashua Street
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert H. Tobin, Jr.
Tobin and Tobin, P.C.
735 South Street
Roslindale, MA 02131-1705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                           DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action                    04-12510 MBL

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12/23/04 |
| NAME OF SERVER (PRINT) William Doniger | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 200 Noshua St
   with Jenny Proskopvich (administrative assistant) authorized to accept
   (Boston, MA)                                                      at 2:40 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL 2 attempts @ service | SERVICES non-service, return copy | TOTAL $0.00 $5.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/23/04          W.H. Doniger
             Date              Signature of Server

                               PO Box 78, West Roxbury, MA 02136
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.