UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12510 MEL

| | |
|---|---|
| EDWARD R. ELLIES,<br>Plaintiff, | PLAINTIFF'S MOTION TO CONSOLIDATE PURSUANT TO F.R. CIV. P. RULE 42(a) |
| VS. | |
| COUNTY OF SUFFOLK,<br>Defendant | |

Now comes the plaintiff Edward R. Ellies ("Ellies") in the above-captioned matter, pursuant to F.R. Civ. P. Rule 42(a), and moves the Court for an order consolidating the instant action with the similar consolidated actions pending in United States District Court, to wit: <u>David M. Golden v. County of Suffolk,</u> Civil Action No. 04-10835-MEL.

In support the plaintiff states the instant action and the previously consolidated actions involve common questions of law and fact in that said actions each allege claims of negligence and civil rights violations against the County of Suffolk arising out of conditions of confinement at Suffolk County House of Correction.

In addition, plaintiff's counsel represents each plaintiff in each of said actions.

The defendant assents to the instant motion, per a telephone conversation between counsel on February 2, 2005.

Respectfully submitted,

1

The Plaintiff,

By his attorney,

_____
ROBERT H. TOBIN, JR.
TOBIN AND TOBIN, P.C.
735 South Street
Roslindale, MA 02131
Tel. (617) 325-1010
B.B.O. NO.499425

Assented to:

_____
ELLEN M. CAULO

Dated: 2/4/16

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party.

2/7/11